IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STEEL STRUCTURES, LTD. ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case N0. 04-1165-CV-W-DW |
| ) | |
| ST. PAUL FIRE & MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
|     Defendant. ) | |

ORDER

Before the Court is Parties' Stipulation of Dismissal with Prejudice. (Doc. 37). Parties stipulate to dismissal, with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, the Clerk of the Court shall mark this case as CLOSED.

IT IS SO ORDERED

                                                           /s/ DEAN WHIPPLE
                                                              Dean Whipple
                                                  United States District Judge

DATE:  March 29, 2006